IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-172-F-19

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SOPHIA LATRICE EADDY MYLES, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the Government's Motion to Address Status of Counsel for Defendant. [DE 610]. The Government's request is based on the North Carolina State Bar's Order of Discipline entered against defense counsel, Clifton J. Gray, III, on September 7, 2016. The order states that Mr. Gray's license to practice law is suspended for five years, "beginning 30 days from the date of service of this order upon [Mr. Gray]."

Based on the above, the Government's motion is ALLOWED and a hearing on this motion is set for **Thursday, October 6, 2016 at 10 a.m.**

SO ORDERED.

This the 29th day of September, 2016.

*James C. Fox*

**JAMES C. FOX**
Senior United States District Judge